IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER HAUERWAS, | ) |
| Plaintiff, | ) |
| vs. | ) 7:08-CV-1001- LSC-PWG |
| DOCTOR JAMES WHITLEY, et al., | ) |
| Defendants. | ) |

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on July 30, 2009, recommending that the defendants' motion for summary judgment be granted and this cause be dismissed with prejudice. Plaintiff filed objections on August 11, 2009. In his objections, the plaintiff restates the claims he made in his initial complaint and in his response to the defendants' special report. The plaintiff challenges the veracity of Dr. Whitley and argues again for his interpretation of the law as applied to the facts presented by the parties.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, and the objections filed by the plaintiff, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there

are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law. Accordingly, defendants' motion for summary judgment is due to be GRANTED and this action is due to be DISMISSED WITH PREJUDICE. A Final Judgment will be entered.

    Done this 24th day of August 2009.

                                                    L. SCOTT COOGLER
                                       UNITED STATES DISTRICT JUDGE
                                                         153671